IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

      vs. : CRIMINAL NO. 2002-157-1-2-4

**SEMION MOGILEVICH** :
**IGOR FISHERMAN**
**ANATOLY TSOURA**

*AMENDED*
**REPORT OF SPEEDY TRIAL ACT DELAY**

**AND NOW,** this **15th day** of **February, 2005,** the calendaring of procedures as to the above named defendant(s) in the within action pursuant to the Courts' Plan adopted pursuant to Federal Rule of Criminal Procedure 50(b) and in conformity with the provisions of the Speedy Trial Act of 1974 and the Federal Juvenile Delinquency Act, has been delayed for the reason that these **defendants are fugitives.**

                                                              _____
                                                              Anita B. Brody, J.

                                                              BY THE COURT:

                                                               ATTEST:_____
                                                                        James F. G. Scheidt
                                                                           Deputy Clerk

**(CODE - M)**

*[XXX]* The Court deems this case "UNTRIABLE".
Cr 27 (8/80)
**XC: SPEEDY TRIAL**
**Copies faxed on _____to:**        **Copies mailed on _____ to:**