UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
215-597-3978

October 30, 2025

**NOTICE OF TELEPHONE CONFERENCE:**

RE: 02-CR-157-3, USA v. BOGATIN

Counsel,

Please be advised that a telephone conference is scheduled for Tuesday, November 4, 2025 at 11:30 AM. Call in details will be sent to participants via e-mail.

s/Joseph B. Walton

_________________________

Joseph B. Walton
Deputy to Judge Brody

**COPIES SENT VIA ECF**