# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jacob Bogatin aka "Yakov" Docket No. 2:02CR157-3

Petition for Action on Conditions of Pretrial Release

COMES NOW, Keri L. Foster, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Jacob Bogatin, who was placed under pretrial release supervision by the Honorable Jacob P. Hart sitting in the Court at Philadelphia, on April 28, 2003 under the following conditions:

1. Defendant shall report, in person, weekly to Pretrial Services.
2. Defendant agrees to post property and money totaling $1,000,000. Sufficient cash will be posted to meet any deficiency in actual equity interests in the posted properties to meet the $1,000,000 bail. Defendant agrees to incur no further encumbrance on posted property located at 246 Sunset Drive, Richboro PA until final disposition of this case.
3. Travel restricted to the Eastern District of Pennsylvania.
   *On May 14, 2004, Your Honor signed an order allowing the defendant to travel outside of the Eastern District of Pennsylvania*
   *On December 22, 2005, Your Honor signed an order allowing the defendant to travel to Jamaica from December 31, 2005 – January 8, 2006.*
   *On March 26, 2007, Your Honor signed an order allowing the defendant to travel to the Bahamas from April 4, 2007 to April 9, 2007.*
   *On August 17, 2007, Your Honor signed an order allowing the defendant to travel to Rome from August 22, 2007 to August 28, 2007.*
4. Defendant shall have no contact with the named codefendants, conspirators charged in the superseding indictment.
5. Defendant shall submit to electronic monitoring at his residence of 246 Sunset Drive, Richboro PA. Defendant shall pay all costs of home confinement w/electronic monitoring. Defendant shall not leave his home except for activities authorized by Pretrial Services, including seeking and maintaining employment and religious, medical, and legal purposes.
   *On July 10, 2003, Your Honor signed an order permitting the defendant to attend a fitness facility in the morning prior to going to work and to leave his home on weekends in order to spend time with his grandchildren with prior notice to and approval of Pretrial Services.*
   *On January 23, 2004, Your Honor signed an order modifying the defendant's location monitoring from Home Confinement to Curfew. The defendant's curfew was set from 8:30 pm until 6:30 am.*
   *On May 14, 2004, Your Honor signed an order removing the location monitoring condition.*
6. Defendant shall obtain employment within 30 days and maintain gainful employment.
7. Defendant shall not commit any federal, state, or local crime during his period of release.
8. Surrender/do not possess passport.
9. Surrender/do not possess firearms.

Respectfully presenting petition for action of Court and for cause as follows:

1. On October 28, 2025, the defendant called this officer to check in as directed. He reported his residence in Virginia had burned down on Friday, October 24, 2025. He reported two other residences in his neighborhood had been destroyed in the fire. During the conversation, this officer searched online for information on the fire and located a news article that confirmed the information the defendant had provided and further informed that human remains had been located in one of the residences.
2. On October 29, 2025, Loudoun County Supervisory Pretrial Officer TJ Wheeler contacted this officer to advise that the defendant is being investigated for arson and felony murder. This officer confirmed the defendant was arrested on October 29, 2025.
3. This officer contacted AUSA Matthew Newcomer to advise of the new case. He and AUSA Maiatico confirmed they support this officer requesting the defendant's bail be revoked.

PRAYING THAT THE COURT WILL ORDER and that a detainer be lodged against the defendant and a bail violation hearing be scheduled at the court's earliest convenience.

ORDER OF COURT

Considered and ordered this 31st day of October, 2025 and ordered filed and made a part of the records in the above case.

s/ANITA B. BRODY, J.

The Honorable Anita B. Brody
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

*Keri Foster*

Keri L. Foster
U.S. Pretrial Services Officer

Place: Philadelphia
Date: October 30, 2025