UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
215-597-3978

October 31, 2025

**NOTICE OF TELEPHONE CONFERENCE CANCELLATION:**

RE: 02-CR-157-3, USA v. BOGATIN

Counsel,

Please be advised that the telephone conference scheduled for Tuesday, November 4, 2025 at 11:30 AM is CANCELLED.

s/Joseph B. Walton

Joseph B. Walton
Deputy to Judge Brody

**COPIES SENT VIA ECF**