IN THE UNITED STATES DISTRICT
COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA


UNITED STATES OF AMERICA     :     CRIMINAL ACTION

v.     :

JACOB BOGATIN
USM # 57399-066     :     NO. 02-157-3


## **O R D E R**


AND NOW, this 27th day of February 2026, it is hereby ordered that

the Clerk shall issue a bench warrant for the arrest of defendant Jacob Bogatin.


s/ANITA B. BRODY, J.
ANITA B. BRODY,  J.


benchwar.frm (5/21)