**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SEMION MOGILEVICH, ET. AL.,** | : | **NO.: 02-cr-00157 - ALL** |

**O R D E R**

**AND NOW**, this 23rd day of **MARCH 2026,** it is hereby

**ORDERED** that the above-captioned case is reassigned at random pursuant to Local Rule 50.1 of the Local Rules of Criminal Procedure from the calendar of the Honorable Anita B. Brody, to the calendar of the Honorable Mary Kay Costello.

**FOR THE COURT:**

**/s/ WENDY BEETLESTONE**
**Wendy Beetlestone**
**Chief Judge**